■ ROBERTA A. CRAIG, Appellant, v. JULES J. WARSHAW et al., Respondents.—

Plaintiff's motion to vacate the defendants' notice of examination effected a stay of the examination (Civ. Prac. Act, § 291.) In the circumstances there is no basis for the finding of willfulness implicit in the conditional dismissal of the complaint. The time of and place for the examination of the plaintiff are to be provided in the order to be noticed for settlement hereon. Settle order on notice. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.